Alisa Lipski (SBN 278710)
Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C.
1221 McKinney, Suite 2500
Houston, Texas 77010
Tel: 713-655-1101
Fax: 713-655-0062
Email: alipski@azalaw.com

*Attorney for Plaintiff Parthenon
Unified Memory Architecture, LLC*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARTHENON UNIFIED MEMORY ARCHITECTURE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INC. AND QUALCOMM TECHNOLOGIES, INC.<br><br>Defendants. | Case No. 3:16-cv-01030-BAS-BLM<br><br>PLAINTIFF PARTHENON UNIFIED MEMORY ARCHITECTURE, LLC'S UNOPPOSED MOTION TO SEAL EXHIBITS TO ITS MOTION TO COMPEL QUALCOMM INCORPORATED AND QUALCOMM TECHNOLOGIES, INC. TO RESPOND TO THIRD-PARTY SUBPOENA |
| PARTHENON UNIFIED MEMORY ARCHITECTURE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HTC Corp. and HTC America, Inc., *et al.*<br><br>Defendants. | Underlying Cases:<br>2:14-cv-690-JRG-RSP (Lead Case)<br>2:14-cv-902-JRG-RSP (Lead Case)<br>Pending in the U.S. District Court for the Eastern District of Texas |
| PARTHENON UNIFIED MEMORY ARCHITECTURE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS, LTD. *et al.*<br><br>Defendants. | |

## MOTION TO SEAL

Pursuant to Federal Rule of Civil Procedure 26(c) and Local Rule 79.2, Plaintiff Parthenon Unified Memory Architecture, LLC ("PUMA") submits this motion to file under seal certain exhibits attached to its Motion to Compel Qualcomm Inc. and Qualcomm Technologies, Inc. to Respond to Third-Party Subpoena, which is being filed contemporaneously with this motion. Qualcomm does not oppose this motion to file these exhibits under seal.

## ARGUMENT

For a non-dispositive motion, a party needs to show good cause for filing accompanying documents under seal. *See Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178–80 (9th Cir. 2006). PUMA believes there is good cause to seal Exhibits A, B, D, K, and L, which are attached to this motion as Exhibits 1, 2, 3, 4 and 5, respectively. These five Exhibits are emails between counsel for PUMA and Qualcomm regarding requests for the production of Qualcomm's source code. These requests refer to specific RTL sub-blocks found in the chips-at-issue, specific file directories for source code, and internal code-names and designations for Qualcomm's chips. As a result, PUMA and Qualcomm consider this information to be part of Qualcomm's highly-confidential and proprietary information and subject to the agreed supplemental protective order in the underlying litigations.

In order to assist third-party Qualcomm's efforts to ensure the confidential nature of this proprietary information, and out of an abundance of caution, PUMA

1

PLAINTIFF PARTHENON UNIFIED MEMORY ARCHITECTURE, LLC'S UNOPPOSED MOTION TO FILE UNDER SEAL EXHIBITS TO ITS MOTION TO COMPEL QUALCOMM INCORPORATED AND QUALCOMM TECHNOLOGIES, INC. TO RESPOND TO THIRD-PARTY SUBPOENA

respectfully requests that this Court grant this motion to file under seal Exhibits A, B, D, K, and L of its Motion to Compel Qualcomm Inc. and Qualcomm Technologies, Inc. to Respond to Third-Party Subpoena.

Dated: April 27, 2016                    Respectfully Submitted,

*/s/ Alisa Lipski*
Alisa Lipski (SBN 278710)
AHMAD, ZAVITSANOS, ANAIPAKOS,
  ALAVI & MENSING P.C.
1221 McKinney, Suite 2500
Houston, Texas 77010
Tel: 713-655-1101
Fax: 713-655-0062
Email: alipski@azalaw.com

***Attorney for Petitioner Parthenon Unified Memory Architecture, LLC***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's ECF System.

Dated: April 27, 2016

By:   */s/ Alisa Lipski*

## **CERTIFICATE OF COMPLIANCE WITH CIVLR26.1**

The undersigned hereby certifies that counsel for PUMA and Qualcomm met and conferred, and Qualcomm does not oppose this motion.

Dated: April 27, 2016

By:   */s/ Alisa Lipski*