UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| PARTHENON UNIFIED MEMORY ARCHITECTURE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INC., et al.,<br><br>Defendants. | Case No.: 16CV1030-BAS(BLM)<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO SEAL EXHIBITS**<br><br>**[ECF No. 2]** |
|---|---|

On April 27, 2016, Plaintiff filed an "UNOPPOSED MOTION TO SEAL EXHIBITS TO ITS MOTION TO COMPEL QUALCOMM INCORPORATED AND QUALCOMM TECHNOLOGIES, INC. TO RESPOND TO THIRD-PARTY SUBPOENA." ECF No. 2. In the motion, Plaintiff states that Qualcomm does not oppose this motion to file these exhibits under seal. Id. at 2.

Having considered the motion to file under seal, and after reviewing the identified exhibits, the Court finds good cause and **GRANTS** the motion. The clerk is directed to file under seal Exhibits A, B, D, K, and L to Plaintiff's motion to compel [ECF No. 1].

**IT IS SO ORDERED**.

Dated: 4/28/2016

Hon. Barbara L. Major
United States Magistrate Judge